## No. 6225.

### SELIGMAN KAHN vs. EDWARD J. GAY.

*Where the amount in dispute does not exceed five hundred dollars exclusive of interest the district court has no original jurisdiction.*

APPEAL from the Fifth Judicial District Court, parish of Iberville. *Dewing, J. Samuel Matthews,* for plaintiff and appellant. *Barrow & Pope,* for defendant and appellee.

MORGAN, J. Article eighty-five of the constitution declares that "the district courts shall have original jurisdiction in all civil cases where the amount in dispute exceeds five hundred dollars, *exclusive of interest.*"

The amount in dispute in this case does not exceed five hundred dollars, exclusive of interest. The district court, therefore, was without jurisdiction and properly dismissed the suit. 23 An. 34; 24 An. 184.

Judgment affirmed.